FILED
October 19, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

No. 03-15-00024-CR

In the
**COURT OF APPEALS**
For the
**THIRD SUPREME JUDICIAL DISTRICT**
at Austin

On Appeal from the 368th Judicial District Court of
Williamson County, Texas
Cause Number 13-0686-277

**STEVEN ANTHONY ROE, Appellant**

*v.*

**THE STATE OF TEXAS, Appellee**

**MOTION FOR *PRO SE* ACCESS TO APPELLATE RECORD**

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW, Steven Anthony Roe, Appellant herein, and files this, his Motion for *Pro Se* Access to Appellate Record. In support of said motion, Appellant would show the Court the following:

Appointed Counsel for Appellant has filed an *Anders* Brief and Motion to Withdraw. Pursuant to the Texas Court of Criminal Appeals' recent decision in *Kelly v. State*, No. PD-0702-13 (Delivered June 25, 2014), Appellant now requests access to the appellate record for the preparation of his *pro se* response.

RECEIVED
OCT 19 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully requests that this Court grant his Motion for *Pro Se* Access to the Appellate Record.

Respectfully submitted,

Steven Anthony Roe

DATE: 10·12·15

Steven, Roe #1977151
McConnell · unit.
3001 South Emily Dr.
Beeville, Tx. 78102

7871125477

Jeffrey D. Kyle · "Clerk"
Court of Appeals.
Third District of Texas.
P/O Box 12547
Austin, Texas, 78711

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
14 OCT 2015 PM 3 1

FOREVER US

FOREVER US